#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
#### OXFORD DIVISION

**RONNIE MONTGOMERY**                                                                                 **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 3:20 -CV-00299-MPM-JMV**

**LOUIS DEJOY, IN HIS CAPACITY AS UNITED**
**STATES POSTMASTER GENERAL, et al**                            **DEFENDANTS**

#### **JUDGMENT**

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed without prejudice.

So ordered, this, the 27th day of April, 2022.

                                            /s/ Michael P. Mills
                                            UNITED STATES DISTRICT JUDGE
                                            NORTHERN DISTRICT OF MISSISSIPPI